1 **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph Carr, | No. CV-18-04001-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

On November 19, 2019, Magistrate Judge Michelle H. Burns issued a Report and Recommendation ("R&R") recommending the Petition for Writ of Habeas Corpus be denied. (Doc. 21). Petitioner did not file any objections. The absence of objections means this Court has no obligation to review the R&R. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (holding "district courts are not required to conduct any review at all" of an R&R if no objections are made).

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 21) is **ADOPTED**. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED and DISMISSED WITH PREJUDICE**.

…

…

…

…

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because jurists of reason would not find the Court's procedural decision debatable or wrong.

Dated this 2nd day of January, 2020.

                               Honorable Roslyn O. Silver
                               Senior United States District Judge